| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| MICHAEL A. ROLLIN, ESQ, Bar #251557<br>REILLY POZNER LLP<br>515 SOUTH FLOWER STREET<br>36TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 236-3576  FAX No: (213) 236-3570 | | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: LEHMAN BROTHERS HOLDINGS, INC.
Defendant: PREFERRED FINANCIAL GROUP, INC., ETC.

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV110838 LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Standing Order For United States Magistrate Judge Laurel Beeler; Welcome To The Oakland Divisional Office Of The United Stated District Court; Ecf Registration Information Handout.

3. a. Party served: PREFERRED FINANCIAL GROUP, INC. F/K/A PMCO FINANCIAL SERVICES D/B/A PREFERRED MORTGAGE SERVICE
   b. Person served: ASHOK GUJRAL, AGENT AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 212 SANTA PAULA AVE.
   SAN FRANCISCO, CA 94127

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 03, 2011 (2) at: 9:00AM

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Andy Esquer
   
   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone (415) 626-3111
   Fax (415) 626-1331
   www.firstlegalnetwork.com
   
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2007-0001009
   (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 04, 2011

   *(signed)* (Andy Esquer)

Judicial Council Form  PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMS IN CIV. ACTION  4861959.microl.349390