# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PREFERRED FINANCIAL GROUP INC,<br><br>　　　　　　Defendant.<br>_____/ | No. C 11-00838 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Lehman Brothers Holdings, Inc. has a pending motion for default judgment against Defendant Preferred Financial Group Inc., which has not yet appeared in this case. The court therefore **CONTINUES** the initial case management conference from June 9, 2011 until August 25, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00838 LB
ORDER CONTINUING CMC